# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ] | Hon. Leonie M. Brinkema, U.S.D.J. |
| Plaintiff | ] | Notice of Motion |
| v. | ] | No. 1:19-cr-334 |
| ERIC YONG WOO, et al. | ] | Criminal Action |
| Defendant. | ] | |
| _____ | ] | |

PLEASE TAKE NOTICE that Defendant Eric Yong Woo will move this Court, by and through Counsel, and upon the enclosed Memorandum of Law, before the Honorable Leonie M. Brinkema, United States District Judge for the Eastern District of Virginia, at the Albert V. Bryan United States Courthouse, 401 Courthouse Square, Alexandria, Virginia 22314, at such date and time as the Court may direct, for an Order directing that Mr. Woo be released from detention pending trial. The Defense requests the opportunity to present oral argument on this Motion and reserves the right to supplement this application as appropriate and if permitted by the Court.

Dated: 15 January, 2021
      Fort Lee, New Jersey

                                            Respectfully Submitted,

                                            Patrick A. Mullin, Esq.
                                            Virginia Bar No. 91466
                            The Law Offices of Patrick A. Mullin
                                45 Rockefeller Plaza, Suite 2000
                                     New York, New York 10111
                    Phone: (212)639-1600, Fax: (201)242-9610
                                        Mullin@taxdefense.com
                           Attorney for Defendant, Eric Yong Woo