IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA

v.

Case No.: **1:19-cr-00334-LMB-4**

ERIC YOUNG WOO

## MOTION AND ORDER FOR SUBSTITUTION OF COUNSEL

Comes now, the respondent, ERIC YOUNG WOO, by and through counsel and moves this Honorable Court to substitute Patrick Allen Mullin, Esq. with the undersigned counsel, Robert L. Jenkins, Jr., Esq.

I ASK FOR THIS:

_____
Robert L. Jenkins, Jr., Esq.
Bynum & Jenkins Law
Virginia State Bar No.: 39161
1010 Cameron Street
Alexandria, VA 22314
(703) 309 0899 Telephone
(703) 549 7701 Fax
RJenkins@BynumAndJenkinsLaw.com
Counsel for Defendant ERIC YOUNG WOO

_____
ERIC YOUNG WOO

SEEN AND AGREED:

_____
Patrick Allen Mullin, Esq.

SO ORDERED,

_____          _____
                                   Entered